NOTE: This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

_____

**OCEAN INNOVATIONS, INC. (formerly known as Jet Dock Licensing, Inc.) and JET DOCK SYSTEMS, INC.,**
*Plaintiffs-Cross Appellants,*

**v.**

**GULF COAST FLOATING DOCKS, INC., and RICHARD HILL (doing business as Eco-Dock),**
*Defendants,*

**and**

**DIVERSIFIED WHOLESALE MARINE, INC. (doing business as Sailorman),**
*Defendant,*

**and**

**ERA MARINE PRODUCTS, INC., VERSADOCK, ROY AHERN, and GEORGE DABROWSKI (doing business as PIC Marine),**
*Defendants-Appellants.*

_____

2011-1582,-1614,-1634, 2012-1220,-1234

_____

Appeals from the United States District Court for the Northern District of Ohio in Case No. 03-CV-0913, Judge John R. Adams.

## JUDGMENT

GORDON D. KINDER, II, Law Office of Gordon D. Kinder, of Cleveland Heights, Ohio, argued for plaintiffs-cross appellants.

VYTAS M. RIMAS, Rimas Law Firm, PLLC, of Minneapolis, Minnesota, argued for defendants-appellants.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (BRYSON, DYK, and MOORE, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 10, 2012          /s/ Jan Horbaly
Date                        Jan Horbaly
                              Clerk